

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00607-CR

Sarah M. **SIFUENTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR13036A
Honorable Philip Kazen, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 3, 2013.

Marialyn Barnard, Justice